DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEON J. NOEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1175

[June 13, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Alspector, Judge; L.T. Case No. 14-11627CF10A.

Leon J. Noel, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***